# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

State of Nevada,

    Plaintiff

v.

Robert Ambrose Edwards,

    Defendant

Case No.: 2:17-cv-00220-JAD-VCF

**Order**

Robert Ambrose Edwards commenced this case by filing a document entitled "Notice of Removal" on January 24, 2017. He did not pay the filing fee or an application to proceed in forma pauperis. Accordingly, IT IS HEREBY ORDERED that **plaintiff has until February 28, 2018, to pay the $400 filing fee or submit a fully completed application to proceed in forma pauperis, or this action will be deemed abandoned and dismissed without further notice**.

Dated this 15th day of February, 2018.

_____
U.S. District Judge Jennifer A. Dorsey